# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 10-1167 C/W 10-1166

**STEVEN EUBANKS**

**VERSUS**

**KEPCO OPERATING, INC.**
**D/B/A MOHAWK WELL SERVICES**

************

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION, DIST. 1E
PARISH OF OUACHITA, NO. 08-21020 C/W 08-07188
HONORABLE BRENZA IRVING JONES
WORKERS' COMPENSATION JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of John D. Saunders, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**REVERSED AND RENDERED.**

**Larry B. Minton**
**5515 John Eskew Drive**
**P. O. Box 13320**
**Alexandria, LA 71315-3320**
**(318) 487-0115**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Steven Eubanks**

**J. Martin Lattier**
**330 Marshall Street, Suite 500**
**P. O. Box 1534**
**Shreveport, LA 71165-1534**
**(318) 222-0665**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Kepco Operating, Inc. d/b/a Mohawk Well Services**

PETERS, J.

For the reasons assigned in *Kepco Operating, Inc. d/b/a/ Mohawk Well Services v. Eubanks*, 10-1166 (La.App. 3 Cir. _/_/11), _ So.3d _, we reverse the judgment of the workers' compensation judge and render judgment in favor of the plaintiff, Steven Eubanks and against the defendant, Kepco Operating, Inc. d/b/a Mohawk Well Services, awarding him temporary total disability benefits in the amount of $426.67 per week from April 16, 2008, subject to a credit for payments made on May 22 and June 4, 2008. We further render judgment in favor of the plaintiff, Steven Eubanks, and against the defendant, Kepco Operating Inc. d/b/a Mohawk Well Services, awarding him $2,000.00 in statutory penalties and $15,000.00 in attorney fees. Legal interest shall run on the awards according to law. We assess all costs of these proceedings to the defendant, Kepco Operating, Inc. d/b/a Mohawk Well Services.

**REVERSED AND RENDERED.**